UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.:  21-CR-133 |
| THOMAS FEE, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Susan T. Lehr.  AUSA Susan T. Lehr will be substituting for AUSA Nicholas George Miranda.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          Acting U.S. Attorney
          D.C. Bar No. 415793

By:    /s/ *Susan T. Lehr*
          SUSAN T. LEHR
          NE Bar No. 19248
          Assistant United States Attorney
          District of Columbia
          Capitol Riot Detailee
          555 4th Street, N.W.
          Washington, D.C. 20001
          Telephone No. 402-332-8032
          Email: Susan.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

On this 2nd day of July, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney