UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

           v.

THOMAS FEE,

           Defendant.

-----------------------------------------------------------X

**Case No. 21-CR-00133 (JDB)**

## DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL TO PITTSBURGH

Defendant, Thomas Fee, through undersigned counsel, respectfully moves for permission to travel to Pittsburgh, Pennsylvania on October 9, 2021 and to return to his residence in Long Island, New York on October 11, 2021.

In support of the motion, counsel states:

1. Mr. Fee is before the Court charged in a criminal information with four misdemeanor offenses relating to the events in the United States Capitol on January 6, 2021. Mr. Fee's next appearance before the Court is scheduled for October 27, 2021.

2. On January 19, 2021, Mr. Fee voluntarily surrendered to law-enforcement and later that day he was presented in the Federal Court in the Eastern District of New York for a Rule 5(c)(3) hearing. Mr. Fee waived the identity hearing and was released on a fully secured Appearance Bond of $100,000.00. On February 25, 2021 Mr. Fee made his initial appearance before the Court and the same conditions of release were continued. Since January 19, 2021 Mr. Fee has been monitored by the United States Pretrial Service Agency and he has been in full compliance with all conditions of his release.

3. Mr. Fee would like to travel by commercial airline to Pittsburgh, Pennsylvania on

October 9, 2021 and return to his Long Island, New York residence in the same manner on October 11, 2021. The purpose of the trip is for Mr. Fee to attend an NFL game in Pittsburgh on October 10, 2021.

4. Assistant United States Attorney Susan Lehr has informed the undersigned counsel that she does not oppose the requested travel. Likewise, Mr. Fee's United States Pretrial Services Officer has informed the undersigned counsel that he has no objection to the requested travel.

Wherefore, undersigned counsel respectfully moves the Court to permit Mr. Fee to travel to Pittsburgh, Pennsylvania on October 9, 2021 and to return to his residence in Long Island, New York on October 11, 2021.

DATED: September 19, 2021

Respectfully submitted,

/s/ Dennis J. Ring
Dennis J. Ring, Esq.
*Attorney for Thomas Fee*
148-29 Cross Island Parkway
Whitestone, New York 11357
Telephone: (718) 357-1040