UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :  **Case No. 21-CR-00133 (JDB)**
                                             :
        v.                                   :
                                             :
                                             :
THOMAS FEE,                                  :
                                             :
                Defendant.                   :
-------------------------------------------------------------X

### DEFENDANT'S UNOPPOSED MOTION FOR
### PERMISSION TO TRAVEL TO BEACON, NEW YORK

Defendant, Thomas Fee, through undersigned counsel, respectfully moves for permission to travel via automobile on February 1, 2022 to Beacon, New York to attend a wake and return the same day to his residence in Long Island, New York.

In support of the motion, counsel states:

1.      Mr. Fee is before the Court charged in a criminal information with four misdemeanor offenses relating to the events in the United States Capitol on January 6, 2021. Mr. Fee's next appearance before the Court is scheduled for April 1, 2022.

2.      On January 19, 2021, Mr. Fee voluntarily surrendered to law-enforcement and later that day he was presented in the Federal Court in the Eastern District of New York for a Rule 5(c)(3) hearing. Mr. Fee waived the identity hearing and was released on a fully secured Appearance Bond of $100,000.00. On February 25, 2021 Mr. Fee made his initial appearance before the Court and the same conditions of release were continued. Since January 19, 2021 Mr. Fee has been monitored by the United States Pretrial Service Agency and he has been in full compliance with all conditions of his release.

3.      Mr. Fee would like to travel by car to Beacon, New York on February 1, 2022 to

attend the wake of the father of a former coworker.  He would return to his Long Island, New York residence later the same day.

4. Assistant United States Attorney Susan Lehr has informed the undersigned counsel that she does not oppose the requested travel.  Likewise, Mr. Fee's United States Pretrial Services Officer has informed the undersigned counsel that he has no objection to the requested travel.

Wherefore, undersigned counsel respectfully moves the Court to permit Mr. Fee to travel to Beacon, New York on February 1, 2022 and to return to his residence in Long Island, New York the same day.

DATED:      January 31, 2022

Respectfully submitted,

/s/ Dennis J. Ring
Dennis J. Ring, Esq.
*Attorney for Thomas Fee*
148-29 Cross Island Parkway
Whitestone, New York 11357
Telephone: (718) 357-1040