Senior Judge

John D. Bates

March 27, 2022

Thomas J. Fee

Honorable John D. Bates,

   I would like to start by simply saying sorry. Sorry to you, the government and all the people effected by the horrible events of January 6. I never in a million years could have imagined myself in this position and take full responsibility for my actions on Jan. 6th. I know the only person responsible for this is myself. If I had better discipline that day things would have been different. Ignorance and naivety is no excuse for what I did. My intent and motivation for my actions were not driven by fear, anger, or political revenge. Not understanding the enormity of the day, I had a complete lack of situational awareness, and for that I apologize. I followed the crowd and never should have entered the U.S. Capitol. I'm old enough and experienced enough to have known better.

   I must take full responsibility for my actions no matter what my intent or motivation was. Wrong is wrong. As a career civil servant I had a "duty to act" and hold core values.

- Honor. Ethics. Accountability. Responsibility. Trust. Integrity.

   I broke those values and am rebuilding everyday by making better choices. I will accept what you see fit as punishment

Thomas J Fee