UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 1:21-CR-00133 (JDB) |
| : | |
| THOMAS FEE, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibit provided to the Court and defense counsel on March 29, 2022, via USAfx, and is an exhibit to the Government Sentencing Memorandum (Dkt 38). This exhibit will be offered into evidence during the sentencing hearing currently scheduled for April 1, 2022.  Because the exhibit is a video clip, it is not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibit is as follows:

1. Government Exhibit 1 is 7:14 of footage from a closed-circuit television camera within the U.S. Capitol Building.  The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Susan T. Lehr
    SUSAN T. LEHR
    Assistant United States Attorney
    Ne Bar No. 19248

District of Columbia
Capitol Riot Detailee
1620 Dodge Street, #1400
Omaha, NE 68102
Telephone: 402-661-3715
Email: susan.lehr@usdoj.gov